[No. 5758-1.   Division One.   October 23, 1978.]

BERTHA GLAZER, *Appellant*, v. JERRY SCHUMM,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 819378, Peter K. Steere, J., entered June 7, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, A.C.J., and James, J.

[No. 5769-1.   Division One.   October 23, 1978.]

HAROLD RASMUSSEN, ET AL, *Appellants*, v. ROBERT C. REESE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 132900, Robert C. Bibb, J., entered June 13, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, A.C.J., and James, J.

[No. 5772-1.   Division One.   October 23, 1978.]

WHATCOM COUNTY, *Respondent*, v. WALTER J. LARSON,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 49272, Byron L. Swedberg, J., entered June 28, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 6194-1.   Division One.   October 23, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 49532, James P. Healy, J., entered January 4, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Green, J.